IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-02640-RPM

AGRIUM U.S. INC.,

      Plaintiff,

v.

LANGE-STEGMANN COMPANY,

      Defendant.

_____

### ORDER OF DISMISSAL PURSUANT RULE 12(b)(2)
_____

Upon consideration of the complaint, filed December 4, 2008, the defendant's motion to dismiss for lack of personal jurisdiction, filed January 20, 2009 and the plaintiff's opposition to the motion, filed May 1, 2009, the Court finds and concludes that the plaintiff has failed to show that the defendant is subject to personal jurisdiction in this district.  The complaint is for the breach of a contract to be performed in Missouri and to be interpreted under that law of the State of Missouri.  The second claim for relief in the complaint is for an asserted violation of the Colorado Consumer Protection Act.  That is a spurious claim.  The plaintiff seeks to support jurisdiction in this court by asserting that one of the breaches of contract was the failure of the defendant to give notice to the plaintiff in Colorado but that is an insufficient showing to support jurisdiction on the basis that the claim arose in Colorado.  Finding that there is no personal jurisdiction over the defendant here, it is

ORDERED that this civil action is dismissed without prejudice under Fed.R.Civ.P. 12(b)(2).

      DATED: May 4th, 2009

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____

                              Richard P. Matsch, Senior Judge